UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
REMI LABA, :
: **ORDER REGULATING**
Plaintiff, : **PROCEEDINGS**
v. :
: 20 Civ. 3443 (AKH)
JBO WORLDWIDE SUPPLY PTY LTD, et al., :
:
Defendants. :
:
:
:
:
------------------------------------------------------------ X
ALVIN K. HELLERSTEIN, U.S.D.J.:

        Further to my order issued today, *see* ECF No. 37, Plaintiff shall serve Jonathan E. Moskin of Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016 on or before November 18, 2020. As outlined in my previous Scheduling Order dated September 11, 2020, the deadline for completion of fact discovery (January 29, 2021) and the date of the next status conference in this case (February 19, 2021, at 10:00 a.m.) remain in effect. *See* ECF No. 26.

SO ORDERED.

Dated:    November 2, 2020
            New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge