UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
REMI LABA, :
: **ORDER REGULATING**
Plaintiff, : **PROCEEDINGS**
:
v. : 20 Civ. 3443 (AKH)
:
JBO WORLDWIDE SUPPLY PTY LTD and :
ORANGE BUTTERFLY HOLDINGS :
(MAURITIUS) INTERNATIONAL LIMITED, :
:
Defendants. :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On May 28, 2021, Defendants filed a notice of supplement, apprising the Court of the judgment entered on May 27, 2021, in a parallel South African litigation. *See* ECF No. 75. In light of Defendants' notice of supplement and the recent South African judgment, the oral argument previously scheduled for June 3, 2021, is hereby adjourned until further notice.

       SO ORDERED.

Dated:    June 1, 2021          _____/s/_____
           New York, New York      ALVIN K. HELLERSTEIN
                                         United States District Judge