UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
REMI LABA,

                      Plaintiff,                 **ORDER**

                         v.                  20 Civ. 3443 (AKH)

JBO WORLDWIDE SUPPLY PTY LTD,

            Defendant/Third-Party Plaintiff.

                         v.

REMI LABA, MARTIN BERGH, WAYNE BEBB,
IAIN BANNER, ROOIBOIS LIMITED,
NATURALLY OUT OF AFRICA PERFECTLY
NATURAL PTY LTD, NOOA CALIFORNIA,
LLC, and JOHN DOES 1-5,

            Third-Party Defendants.

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On September 22, 2021, I held a telephonic status conference in the above-captioned matter. By October 27, 2021 the parties shall file a case management plan for approval of the Court, and proceed to discovery immediately. As discussed, Plaintiff and Defendant agreed to conduct depositions remotely by video.

        The Third-Party Defendants are ordered to answer Defendant/Third-Party Plaintiff JBO's claims or file any motions pursuant to Rule 12 of the Federal Rules of Procedure by November 5, 2021. Opposition papers are due November 24, 2021 and any replies are due December 3, 2021.

The parties are hereby ordered to appear for a telephonic status conference on December 10, 2021 at 10 a.m., held via the following call-in number:

**Call-in number: 888-363-4749**

**Access code: 7518680**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

Finally, no later than December 8, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information

SO ORDERED.

| | | |
|---|---|---|
| Dated: | October 22, 2021<br>New York, New York | \_\_/s/ Alvin K. Hellerstein_____<br>ALVIN K. HELLERSTEIN<br>United States District Judge |