UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
REMI LABA,

                      Plaintiff,            **ORDER REGULATING PROCEEDINGS**

        v.

                                              20 Civ. 3443 (AKH)

JBO WORLDWIDE SUPPLY PTY LTD,

        Defendant/Third-Party Plaintiff.


        v.

REMI LABA, MARTIN BERGH, WAYNE BEBB,
IAIN BANNER, ROOIBOIS LIMITED,
NATURALLY OUT OF AFRICA PERFECTLY
NATURAL PTY LTD, NOOA CALIFORNIA,
LLC, and JOHN DOES 1-5,

        Third-Party Defendants.

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for oral argument on the motion to dismiss the third party complaint (ECF No. 147) on January 31, 2022, at 2:30 p.m., which will be held telephonically via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

Finally, no later than January 28, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:   January 21, 2022          /s/ Alvin K. Hellerstein
         New York, New York        ALVIN K. HELLERSTEIN
                                   United States District Judge