UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
REMI LABA,

                     Plaintiff,        **ORDER REGULATING PROCEEDINGS**

         v.                                        20 Civ. 3443 (AKH)

JBO WORLDWIDE SUPPLY PTY LTD,

             Defendant/Third-Party Plaintiff.

         v.

REMI LABA, MARTIN BERGH, WAYNE BEBB,
IAIN BANNER, ROOIBOIS LIMITED,
NATURALLY OUT OF AFRICA PERFECTLY
NATURAL PTY LTD, NOOA CALIFORNIA,
LLC, and JOHN DOES 1-5,

             Third-Party Defendants.

---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On January 24, 2022, Defendant submitted a letter discussing certain documents filed in connection with its motion to sanction Plaintiff Laba and filed in connection with its opposition to Laba's cross-motion for sanctions. *See* ECF No. 176. Defendant filed its January 24 letter to provide Plaintiff Laba and any other party an opportunity to provide a basis to seal the relevant documents.

        Pursuant to Rule 4(B)(ii) of my Individual Rules, a letter seeking to maintain such materials under seal must be filed within three days of the time Defendant filed ECF No. 176. Neither Laba nor any other party ever sought to maintain the documents under seal. Court

records and documents are presumptively open to public inspection, *see Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 144 (2d Cir. 2016) (quoting *In re N.Y. Times Co.*, 828 F.2d 110, 116 (2d Cir.1987)), and neither Laba nor any other party has taken any action to rebut that presumption. Accordingly, the motion to seal is denied. The Clerk shall terminate ECF No. 176.

    SO ORDERED.

Dated:    June 3, 2022                      /s/ Alvin K. Hellerstein
             New York, New York        ALVIN K. HELLERSTEIN
                                          United States District Judge