UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
REMI LABA,

                Plaintiff,

          v.

JBO WORLDWIDE SUPPLY PTY LTD,

             Defendant/Third-Party Plaintiff.

          v.

REMI LABA, MARTIN BERGH, WAYNE BEBB, IAIN BANNER, ROOIBOIS LIMITED, NATURALLY OUT OF AFRICA PERFECTLY NATURAL PTY LTD, NOOA CALIFORNIA, LLC, and JOHN DOES 1-5,

             Third-Party Defendants.

------------------------------------------------------------- X

**ORDER DENYING MOTION TO DISMISS AMENDED THIRD-PARTY COMPLAINT**

20 Civ. 3443 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On July 7, 2022, I granted Defendant's motion to reconsider my order, dated January 26, 2022, dismissing Defendant's counterclaim/third-party complaint, based on new evidence that would cure the previously-noted deficiencies. (ECF No. 193.) The Third-Party Defendants have again moved to dismiss the Amended Counterclaim/Third-Party Complaint. (ECF No. 211.)

       The Third-Party Defendants make substantially the same arguments as they did in

their initial motion to dismiss.[1]  Although I previously found at least some of those arguments persuasive as to the original counterclaims, I granted Defendant's motion for reconsideration and gave leave to file amended counterclaims/third-party claims because I found, in light of the new evidence presented, amendment would not be futile, *i.e.* it would withstand a motion to dismiss. This is not a finding on the merits.

Accordingly, the motion to dismiss under Fed. R. Civ. P. 12(b)(2) and 12(b)(6) is denied; the allegations of a conspiracy justify jurisdiction and plausibly assert a right to relief. The motion to dismiss for *forum non conveniens* also is denied because the Third-Party Defendants have not shown that South Africa is a more convenient forum, and the allegations that the instant lawsuit was initiated as part of a conspiracy and for an improper purpose, gives me and this forum a strong interest in resolving the case.

The parties shall appear for a status conference, as scheduled, on August 12, 2022, at 10:00 a.m.  The Clerk shall terminate ECF No. 211.

SO ORDERED.

Dated:     August 8, 2022                              /s/ Alvin K. Hellerstein
          New York, New York                      ALVIN K. HELLERSTEIN
                                                   United States District Judge

---

[1] The Third-Party Defendants also attach a number of exhibits and documents, as well as make arguments going to the merits of the amended counterclaims/third-party claims.  All of these fall outside the scope of consideration on a motion to dismiss, which solely tests the sufficiency of the pleadings.