UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
REMI LABA,

                Plaintiff,

            v.

JBO WORLDWIDE SUPPLY PTY LTD,

            Defendant/Third-Party Plaintiff.

            v.

REMI LABA, MARTIN BERGH, WAYNE BEBB, IAIN BANNER, ROOIBOIS LIMITED, NATURALLY OUT OF AFRICA PERFECTLY NATURAL PTY LTD, NOOA CALIFORNIA, LLC, GEORGES KERN, and PERICLES LANTZ,

            Third-Party Defendants.

-------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

20 Civ. 3443 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A status conference was held to regulate the proceedings and set further dates in the above-captioned matter.

      Motions for summary judgment on Plaintiff Laba's claims against Defendant JBO Worldwide Supply Pty. Ltd. shall be filed by September 2, 2022; oppositions shall be filed by September 23, 2022; and replies, if necessary, shall be filed by October 3, 2022.  All dates are final and not adjournable.

The Third-Party Defendants shall answer the Amended Third-Party Complaint by September 20, 2022.

SO ORDERED.

Dated:       August 12, 2022                                   ____/s/ Alvin K. Hellerstein____
                New York, New York                           ALVIN K. HELLERSTEIN
                                                                  United States District Judge