UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
REMI LABA,

                Plaintiff,

      v.

JBO WORLDWIDE SUPPLY PTY LTD,

                Defendant/Third-Party Plaintiff.

      v.

REMI LABA, MARTIN BERGH, WAYNE BEBB, IAIN BANNER, ROOIBOIS LIMITED, NATURALLY OUT OF AFRICA PERFECTLY NATURAL PTY LTD, NOOA CALIFORNIA, LLC, GEORGES KERN, PERICLES LANTZ, BRAND ESSENCE HOSPITALITY GROUP LLC et al.,

                Third-Party Defendants.
------------------------------------------------------------- X

**ORDER DENYING MOTION TO DISMISS AMENDED THIRD-PARTY COMPLAINT**

20 Civ. 3443 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Third-party Defendants Brand Essence Hospitality Group LLC and George Kern move to dismiss JBO's amended counterclaim and third-party complaint. (ECF Nos. 249, 254.) They collectively make the same arguments previously raised by their codefendants, which I considered and rejected in my order dated August 8, 2022 (ECF No. 219). The issues have been decided. Moving third-party Defendants cite no new evidence or change in controlling law. There being no basis for revisiting my prior rulings, I decline to do so. The motions are denied.

1

The parties shall appear for a status conference on October 7, 2022, at 10:00 a.m., to address how the case shall proceed as to Defendant's counterclaims and third-party complaint.

The Clerk shall terminate ECF Nos. 249, 254.

SO ORDERED.

Dated: September 21, 2022
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge