**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
REMI LABA,

                Plaintiff,

                                                          20 **CIVIL** 3443 (AKH)

                                                            **<u>JUDGMENT</u>**

JBO WORLDWIDE SUPPLY PTY LTD,
                Defendant/Third-Party Plaintiff.

                -v-

REMI LABA, MARTIN BERGH, WAYNE BEBB,
IAIN BANNER, ROOIBOIS LIMITED,
NATURALLY OUT OF AFRICA PERFECTLY
NATURAL PTY LTD, NOOA CALIFORNIA,
LLC, and JOHN DOES 1-5,

                Third-Party Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 4, 2022, in sum, all of Plaintiff's claims based on an alleged oral agreement memorialized in a series of emails are barred by the Statute of Frauds. Plaintiff has no claims under New York law. Plaintiff's motion for summary judgment is denied in full, and Defendant's motion is granted in full. Judgment is entered in favor of Defendant on Plaintiff's claims. However, Defendant's counterclaims and third-party complaint remain. These allege, generally, that Plaintiff and the third-party defendants have conspired to steal Defendant's trade secrets and interfere with its prospective business, and that the instant lawsuit was part of a strategy to bring waves of legal challenges to crush Defendant JBO and unseat its principal officers. Certain Third-Party Defendants also have filed counterclaims and a third-party complaint against Defendant and its officers.

**Dated:**  New York, New York

           October 4, 2022

                                                              **RUBY J. KRAJICK**

                                                                _____

                                                                **Clerk of Court**

                                    **BY:**     *K. Mango*

                                                                _____

                                                                **Deputy Clerk**