```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
REMI LABA,                                                    :
                                                              :
                              Plaintiff,                      :   ORDER REGULATING
              -against-                                       :   PROCEEDINGS
                                                              :
JBO WORLDWIDE SUPPLY PTY LTD,                                 :   20 Civ. 3443 (AKH)
                                                              :
            Defendant/Third-Party Plaintiff/                  :
                    Fourth-Party Defendant.                   :
                                                              :
              -against-                                       :
                                                              :
REMI LABA, MARTIN BERGH, WAYNE                                :
BEBB, IAIN BANNER, ROOIBOIS LIMITED,                          :
NATURALLY OUT OF AFRICA PERFECTLY                             :
NATURAL PTY LTD, NOOA CALIFORNIA,                             :
LLC, GEORGES KERN, and BRAND ESSENCE                          :
HOSPITALITY GROUP LLC d/b/a                                   :
BAGATELLE,                                                    :
                                                              :
     Third-Party Defendants/Fourth-Party Plaintiffs.          :
------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

On October 7, 2022, a status conference was held. The claim of Plaintiff previously was dismissed, *see* ECF No. 297.

All answers responding to JBO's Third-Party Complaint (ECF No. 201) have been filed. As to the Fourth-Party Complaints (ECF Nos. 253, 278), the following schedule has been established.

All Fourth-Party Defendants shall answer or otherwise move no later than November 18, 2022. Any oppositions to motions shall be filed no later than December 9, 2022. Replies, if necessary, shall be filed no later than December 16, 2022. These dates are final and nonadjournable.

1

        The parties shall appear for a status conference on January 6, 2023, at 10:00 a.m. to set further discovery dates and deadlines.  No later than January 4, 2023, at 12:00 p.m., the parties jointly shall submit a proposed agenda, describing the remaining issues for discovery and identifying specific persons to be examined and the evidence or testimony to be elicited.  The parties shall note any differences in views and state their respective positions.

        SO ORDERED.

Dated:      October 7, 2022                               /s/ Alvin K. Hellerstein  
             New York, New York                ALVIN K. HELLERSTEIN  
                                                              United States District Judge