USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
REMI LABA.

                               Plaintiff,                      20-CV-3443 (AKH) (KHP)

          -against-                             ORDER SCHEDULING SETTLEMENT
                                                               CONFERENCE

JBO WORLDWIDE SUPPLY PTY LTD and
ORANGE BUTTERFLY HOLDINGS
(MAURITIUS) INTERNATIONAL LIMITED,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A settlement conference in this matter utilizing the Zoom platform is scheduled for **Wednesday, February 8, 2023 at 10:00 a.m.** Counsel for the parties are directed to send a Zoom invitation to Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **February 1, 2023 by 5:00 p.m.**

        SO ORDERED.

DATED:     New York, New York
              November 28, 2022

                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge