**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

REMI LABA.

                        Plaintiff,

           -against-

JBO WORLDWIDE SUPPLY PTY LTD and
ORANGE BUTTERFLY HOLDINGS
(MAURITIUS) INTERNATIONAL LIMITED,

                    Defendants.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022
```

**20-CV-3443 (AKH) (KHP)**

**ORDER SCHEDULING CASE
MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed in the November 28, 2022 case management conference, all pending briefing deadlines are extended by one week.  The parties shall meet and confer regarding the pending briefing schedules.  The parties shall write to the court by **Monday, December 5, 2022** updating the court on the parties' position on staying the briefing deadlines until after the settlement conference.

The parties shall exchange initial disclosures by **Wednesday, January 11, 2023**. The parties shall meet and confer regarding a discovery plan and submit a proposed discovery plan for those claims for which no discovery has been conducted by **Monday, December 12, 2022**.

A case management conference is scheduled for **Wednesday, January 4, 2023, at 4:00 p.m**. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

**SO ORDERED.**

DATED:        New York, New York
              November 28, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge