USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
REMI LABA.

                            Plaintiff,

        -against-

JBO WORLDWIDE SUPPLY PTY LTD and
ORANGE BUTTERFLY HOLDINGS
(MAURITIUS) INTERNATIONAL LIMITED,

                            Defendants.
-----------------------------------------------------------------X

**20-CV-3443 (AKH) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court has reviewed the parties' proposed case management plan and disputes about deadlines. Having considered the parties' positions, the Court ORDERS as follows:

The deadline for fact discovery is **August 31, 2023**. The deadline for joinder of additional parties is **December 31, 2022**. The deadline for expert discovery is **November 30, 2023**.

       Further, all briefing deadlines are stayed until after the settlement conference scheduled for February 8, 2023. The parties shall be prepared to discuss their progress for discovery at the case management conference scheduled for January 4, 2023.

       **SO ORDERED.**

DATED:     New York, New York
               December 15, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge