```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
REMI LABA.

                        Plaintiff,

      -against-

JBO WORLDWIDE SUPPLY PTY LTD and
ORANGE BUTTERFLY HOLDINGS
(MAURITIUS) INTERNATIONAL LIMITED,

                        Defendants.
-----------------------------------------------------------------X

20-CV-3443 (AKH) (KHP)

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed in the January 4, 2023 case management conference, the parties shall continue to meet and confer regarding document disclosures in anticipation of settlement discussions.  By **January 17, 2023**, the parties shall send a list of remaining documents, if any, needed from any other party to the Court's email and copy all parties.  The list should include a brief description for each document describing why the information is important to settlement positions but should not include argument.

      A telephonic case management conference is scheduled for **January 18, 2023 at 2:00 p.m.**  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:    New York, New York
               January 5, 2023

                                                      *Katharine H. Parker*
                                                    _____
                                                    KATHARINE H. PARKER
                                                     United States Magistrate Judge