```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
REMI LABA.

                                      Plaintiff,

          -against-

JBO WORLDWIDE SUPPLY PTY LTD and
ORANGE BUTTERFLY HOLDINGS
(MAURITIUS) INTERNATIONAL LIMITED,

                                      Defendants.
-----------------------------------------------------------------X

**20-CV-3443 (AKH) (KHP)**

**ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic Settlement Status Conference in this matter is hereby scheduled for **Thursday, April 13, 2023 at 4:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

      SO ORDERED.

DATED:    New York, New York
               April 5, 2023

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge