```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
REMI LABA.

                                      Plaintiff,

                -against-

JBO WORLDWIDE SUPPLY PTY LTD and
ORANGE BUTTERFLY HOLDINGS
(MAURITIUS) INTERNATIONAL LIMITED,

                                    Defendants.
-----------------------------------------------------------------X

20-CV-3443 (AKH) (KHP)

**ORDER RESCHEDULING**
**SETTLEMENT STATUS**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The telephonic Settlement Status Conference in this matter scheduled for Thursday, April 13, 2023 at 4:00 p.m. is hereby rescheduled to **Thursday, April 13, 2023 at 5:00 p.m.**

Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

                SO ORDERED.

DATED:      New York, New York
                April 11, 2023

*[signature: Katharine H Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge