UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

REMI LABA.

                        Plaintiff,                    20-CV-3443 (AKH) (KHP)

        -against-                                    **ORDER**

JBO WORLDWIDE SUPPLY PTY LTD and
ORANGE BUTTERFLY HOLDINGS
(MAURITIUS) INTERNATIONAL LIMITED,

                        Defendants.
-------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        Defendant/Counterclaim Plaintiff JBO Worldwide Supply Pty Ltd ("JBO") has indicated it would like to reserve its right to present live testimony. Insofar as the Court needs advance notice to order a court reporter for live testimony, by no later than Friday, June 23, 2023, JBO shall inform the Court as to whether it will be presenting live testimony.

        SO ORDERED.

DATED:        New York, New York
                       June 21, 2023

                                                               _____
                                                               KATHARINE H. PARKER
                                                               United States Magistrate Judge