UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

REMI LABA.

                Plaintiff,

     -against-

JBO WORLDWIDE SUPPLY PTY LTD and
ORANGE BUTTERFLY HOLDINGS
(MAURITIUS) INTERNATIONAL LIMITED,

                Defendants.
-----------------------------------------------------------------X

20-CV-3443 (AKH) (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2023

**KATHARINE H. PARKER, United States Magistrate Judge:**

     As discussed in the June 28, 2023 oral argument, Defendant/Counterclaim Plaintiff JBO Worldwide Supply Pty Ltd ("JBO") shall file a copy of the December 2020 notice sent to Laba regarding the Rule 11 sanctions motion by July 5, 2023. Also by July 5, 2023, JBO shall file the qualifications and experience of all attorneys who billed on this matter and an invoice of Daniel L. Regard II's fees for his work in this matter.

     To the extent the parties agree to settle this matter, they shall provide the Court with such notice by no later than July 5, 2023.

     **SO ORDERED.**

DATED:    New York, New York
              June 28, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge