**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
REMI LABA,

                      Plaintiff,                      22 **CIVIL** 3443 (AKH)

        -against-                      **<u>JUDGMENT</u>**

JBO WORLDWIDE SUPPLY PTY LTD,

              Defendant/Third-Party Plaintiff/
                 Fourth-Party Defendant,

                    -against-
REMI LABA, MARTIN BERGH, WAYNE BEBB,
IAIN BANNER, ROOIBOIS LIMITED,
NATURALLY OUT OF AFRICA PERFECTLY
NATURAL PTY LTD, NOOA CALIFORNIA, LLC,
GEORGES KERN, and BRAND ESSENCE
HOSPITALITY GROUP LLC d/b/a BAGATELLE,
              Third-Party Defendants/
               Fourth-Party Plaintiffs.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 12, 2024, the report of the Magistrate Judge is adopted. Laba and Laba's attorney are jointly and severally liable to JBO in the amount of $191,364. Laba's attorney is ordered to take five hours of ethics and ESI training.

**Dated:**  New York, New York

       February 12, 2024

                                                         **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                              **BY:**
                                                          **Deputy Clerk**